DAVID DANIELS, Doing Business under the Name of DANIELS & DANIELS, Respondent, *v.* SAMUEL L. GOLDEN et al., Appellants.

Submitted May 20, 1948; decided June 11, 1948.

*Meyer F. Goodman* for appellants.

*Israel Siegel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.